IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ABBVIE INC., et al.,<br><br>        *Plaintiffs*,<br>  v.<br><br>ANTHONY G. BROWN, in his official capacity as ATTORNEY GENERAL OF THE STATE OF MARYLAND, et al.,<br><br>        *Defendants*. | No. 1:24-cv-01816-MJM<br><br>Judge Matthew J. Maddox |

## AGREED MOTION TO SET SCHEDULE

Plaintiffs AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc; AbbVie Products LLC; Aptalis Pharma US, Inc.; Pharmacyclics LLC; Allergan Sales, LLC (collectively, "AbbVie"), with the consent of Defendants, hereby move for an order setting a schedule on the parties' pleadings and motions.

1. On June 21, 2024, AbbVie filed its Complaint For Declaratory And Injunctive Relief Against All Defendants. Compl., *Abbvie Inc. v. Brown*, No. 1:24-cv-01816-MJM (D. Md. June 21, 2024).

2. On June 22, 2024, AbbVie filed its Motion For Preliminary Injunction. Mot. for Preliminary Injunction, *Abbvie Inc. v. Brown*, No. 1:24-cv-01816-MJM (D. Md. June 22, 2024).

3. On July 22, 2024, Defendants filed its Motion to Dismiss, Mot. to Dismiss, *Abbvie Inc. v. Brown*, No. 1:24-cv-01816-MJM (D. Md. July 22, 2024), after which AbbVie filed its Amended Complaint on August 12, 2024, Am. Compl., *Abbvie Inc. v. Brown*, No. 1:24-cv-01816-MJM (D. Md. Aug. 12, 2024).

4. On August 20, 2024, this Court granted Defendants' July 12, 2024 Motion to Consolidate *Abbvie Inc. v. Brown* and three other lawsuits in which plaintiffs asserted claims for declaratory and injunctive relief related to the State of Maryland's enactment of House Bill 1056. Order, *Novartis Pharma. Corp. v. Brown*, No. 1:24-cv-01557-MJM (D. Md. Aug. 20, 2024).

5. On August 26, 2024, Defendants in the consolidated cases then filed their Motion to Dismiss, renewing their July 22, 2024 Motion to Dismiss AbbVie's Amended Complaint, to which AbbVie plans to file a response. Motion to Dismiss, *Novartis Pharma. Corp. v. Brown*, No. 1:24-cv-01557-MJM (D. Md. Aug. 26, 2024)

6. Having met and conferred, counsel for AbbVie and Defendants have agreed on the following proposed schedule:

  a. **September 20, 2024:** Deadline for AbbVie to file its Response in Opposition to Defendants' Motion to Dismiss.

  b. **October 9, 2024:** Deadline for Defendants to file its Reply in Support of its Motion to Dismiss.

7. Defendants have represented that enforcement of H.B. 1056, Chapter 962 of the Acts of 2024 is not currently expected during pendency of AbbVie's Motion For Preliminary Injunction. If circumstances change, AbbVie reserves its right to seek appropriate relief.

\*     \*     \*

For the foregoing reasons, and with the consent of Defendants, AbbVie respectfully requests the Court to enter the attached (Proposed) Order setting this schedule.

Dated: September 5, 2024

Ashley C. Parrish (*pro hac vice* forthcoming)
John D. Shakow (*pro hac vice* forthcoming)
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.
Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2627
Email: aparrish@kslaw.com

Nicole Bronnimann (*pro hac vice* forthcoming)
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone: (713) 276-7402
Email: nbronnimann@kslaw.com

Respectfully submitted,

/s/ Meredith M. Pohl
Matthew S. Owen, P.C. (admitted *pro hac vice*)
Meredith M. Pohl (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
         meredith.pohl@kirkland.com

Timothy Maloney, Fed. Bar ID#03381
JOSEPH GREENWALD LAAKE
6404 Ivy Lane Suite 400
Greenbelt, Maryland 20770
Telephone: (240) 553-1206
Email: tmaloney@jgllaw.com

*Counsel for Plaintiffs*