IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NOVARTIS PHARMACEUTICAL CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No.: MJM-24-1557 |
| | * | |
| **ANTHONY G. BROWN,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No.: MJM-24-1631 |
| | * | |
| **ANTHONY BROWN,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **ABBVIE INC.,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civ. No.: MJM-24-1816 |
| | * | |
| **ANTHONY G. BROWN,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No.: MJM-24-1868 |
| | * | |
| **ANTHONY BROWN,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

# ORDER

On August 20, 2024, the Court entered an Order consolidating these civil actions pursuant to Fed. R. Civ. P. 42. ECF No. 47. All further pleadings, motions, memoranda, correspondence, and other filings in these actions shall be filed in *Novartis Pharmaceutical Corporation, et al. v.*

*Anthony G. Brown, et al.*, Civ. No. MJM-24-1557, and bear only the caption and case number for this case, until further Order of the Court.

This matter is before the Court on motions for preliminary injunction filed by the plaintiffs, prior to consolidation, in *Novartis Pharmaceutical Corporation v. Anthony G. Brown, et al.*, Civ. No. MJM-24-1557 (ECF No. 2); *Pharmaceutical Research and Manufacturers of America v. Anthony Brown, et al.*, Civ. No. MJM-24-1631 (ECF No. 16); *AbbVie Inc., et al. v. Anthony G. Brown, et al.*, Civ. No. MJM-24-1816 (ECF No. 2); and *AstraZeneca Pharmaceuticals LP v. Anthony Brown, et al.*, Civ. No. MJM-24-1868 (ECF No. 29). The Court heard oral argument on the motion filed by Novartis Pharmaceuticals Corporation on July 1, 2024, and heard oral argument on the remaining motions on September 4, 2024.

For reasons stated in open court during the hearing on September 4, 2024, it is by the United States District Court for the District of Maryland, hereby ORDERED that the plaintiffs' motions for preliminary injunction are DENIED.

It is so ORDERED this 5th day of September 2024.

/S/
Matthew J. Maddox
United States District Judge

2