IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOVARTIS PHARMACEUTICALS CORPORATION,
    *Plaintiffs*,

v.

ANTHONY G. BROWN, in his official capacity as ATTORNEY GENERAL OF THE STATE OF MARYLAND, et al.,

    *Defendants*.

No. 1:24-cv-01557-MJM

Judge Matthew J. Maddox

## ORDER SETTING SCHEDULE

Upon consideration of the parties' Agreed Motion to Set Schedule, it is hereby ORDERED that the motion is GRANTED, and the following shall be the schedule applicable to the parties' respective pleadings and motions:

    a. Plaintiffs' Response In Opposition to Defendants' Motion to Dismiss shall be due September 20, 2024.

    b. Defendants' Reply in Support of its Motion to Dismiss shall be due October 9, 2024.

Dated: 9/6/24

/S/
The Honorable Matthew J. Maddox
United States District Judge