# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | * | |
| | * | |
| *Plaintiff,* | * | No. 1:24-cv-01557-MJM |
| v. | * | |
| ANTHONY G. BROWN, *et al.,* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | * | |
| | * | |
| *Plaintiff,* | * | No. 1:24-cv-01631-MJM |
| v. | * | |
| ANTHONY G. BROWN, *et al.,* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ABBVIE INC., *et al.* | * | |
| *Plaintiff,* | * | |
| v. | * | No. 1:24-cv-01816-MJM |
| ANTHONY G. BROWN, *et al.,* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, | * | |
| *Plaintiff,* | * | |
| v. | * | No. 1:24-cv-01868-MJM |
| ANTHONY G. BROWN, *et al.,* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Aptalis Pharma US, Inc., Pharmacyclics LLC, and Allergan Sales, LLC (collectively "AbbVie") hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's orders denying AbbVie's Motion for Preliminary Injunction, *AbbVie Inc. v. Brown*, No. 1:24-cv-01816-MJM (D. Md. June 22, 2024) (ECF No. 3), including:

1. The oral Order rendered in open court during the preliminary injunction hearing on September 4, 2024. *Novartis Pharma. Corp. v. Brown*, No. 1:24-cv-01557-MJM (D. Md. Aug. 26, 2024) (ECF No. 55).

2. The written Order issued on September 5, 2024. *Novartis Pharma. Corp. v. Brown*, No. 1:24-cv-01557-MJM (D. Md. Aug. 26, 2024) (ECF No. 57); and

3. All decrees, decisions, rulings, and opinions that merged into and became part of those orders, that shaped those orders, that are related to those orders, and/or upon which those orders are based.

Dated: September 25, 2024

Ashley C. Parrish (*pro hac vice* forthcoming)
John D. Shakow (*pro hac vice* forthcoming)
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.
Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2627
Email: aparrish@kslaw.com

Nicole Bronnimann (*pro hac vice* forthcoming)
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone: (713) 276-7402
Email: nbronnimann@kslaw.com

Respectfully submitted,

*/s/ Matthew S. Owen*
Matthew S. Owen, P.C. (admitted *pro hac vice*)
Meredith M. Pohl (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
         meredith.pohl@kirkland.com

Timothy Maloney, Fed. Bar ID#03381
JOSEPH GREENWALD LAAKE
6404 Ivy Lane Suite 400
Greenbelt, Maryland 20770
Telephone: (240) 553-1206
Email: tmaloney@jgllaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, a copy of the foregoing Notice of Appeal was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

*/s/ Matthew S. Owen*
Matthew S. Owen, P.C.
