**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, *et al.*, </br></br>*Plaintiff*, </br></br>v. </br></br>ANTHONY G. BROWN, *et al.*, </br></br>*Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Case No. 1:24-cv-01557-MJM |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Novartis Pharmaceuticals Corporation hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order of September 5, 2024 (ECF No. 57), and oral Order rendered in open court during the preliminary injunction hearing on September 4, 2024 (ECF No. 55), denying Novartis's motion for preliminary injunction (ECF No. 2).

Respectfully submitted,

/s/ *Peter J. Martinez*
Catherine E. Stetson*
Susan M. Cook (D. Md. Bar No. 21636)
Marlan Golden*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
cate.stetson@hoganlovells.com
susan.cook@hoganlovells.com

Peter J. Martinez (D. Md. Bar No. 28672)
HOGAN LOVELLS US LLP

                100 International Dr., Suite 2000  
                Baltimore, MD 21202  
                Tel: (410) 659-2745  
                peter.martinez@hoganlovells.com

*\*Admitted pro hac vice*

Dated:  October 1, 2024        *Attorneys for Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024, I electronically filed the foregoing Notice of Appeal using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

/s/ *Peter J. Martinez*
Peter J. Martinez

Dated: October 1, 2024