IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY BROWN, in his official capacity as Attorney General of Maryland, et al.,<br><br>*Defendants*. | No. 1:24-cv-01631-MJM<br>(filed in Consolidated Case No. 1:24-cv-1557)<br><br>Judge Matthew J. Maddox |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order denying PhRMA's motion for a preliminary injunction (ECF No. 16, *Pharmaceutical Manufacturers of America v. Brown*, No. 1:24-cv-01631), which was entered on September 5, 2024, following the Court's oral ruling on September 4, 2024. *See* ECF Nos. 55, 57, *Novartis Pharmaceuticals Corp. v. Brown*, No. 1:24-cv-01557.

Dated:  October 3, 2024            Respectfully submitted,

/s/ Andrew D. Prins
Philip J. Perry (*pro hac vice*)
Andrew D. Prins (Bar No. 10597)
Abid. R. Qureshi (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
philip.perry@lw.com
andrew.prins@lw.com
abid.qureshi@lw.com

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, a copy of the foregoing Notice of Appeal was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Andrew D. Prins*
Andrew D. Prins
